JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THINISHA CORDOVA, | Case No. 2:20-cv-01945 RSWL (JDEx) |
| Plaintiff, | District Judge: Ronald S.W. Lew |
| v. | |
| TARGET CORPORATION; and DOES 1 to 100, inclusive, | **ORDER RE STIPULATION TO REMAND TO STATE COURT** |
| Defendants. | **[Currently filed with Stipulation to Remand to State Court]** |

Good cause appearing therefore, the Court orders as follows:

1. This matter shall be immediately remanded to the Superior Court of the State of California, County of Ventura.

2. All pending deadlines and hearings in this Court are hereby vacated.

IT IS SO ORDERED.

Dated: March 20, 2020
　　　　　　　　　　　　_s/ RONALD S.W. LEW_____
　　　　　　　　　　　　Hon. Ronald S.W. Lew
　　　　　　　　　　　　UNITED STATES DISTRICT COURT